IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) TABITHA CROSS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| (1) M&M PRECISION COMPONENTS, a foreign LLC, (2) M&M MANUFACTURING, INC., a domestic corporation, (3) KENNETH STATON, an individual, Defendants. | ) ) ) ) ) ) ) ) ) Case No. 17-CV-298-CVE-JFJ |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), the parties to the above-captioned case hereby stipulate to the dismissal of the case *with prejudice*, with each party to bear his or its own costs and attorneys' fees in connection herewith.

| | |
|---|---|
| /s/ *Andrew M. Casey* | /s/ *Kristen L. Brightmire* |
| Carla R. Stinnett, OBA No. 19532 | Kristen L. Brightmire, OBA No. 14239 |
| Andrew M. Casey, OBA No. 32371 | Rebecca D. Bullard, OBA No. 22723 |
| Stinnett Law | Two West Second Street, Suite 700 |
| 404 East Dewey Avenue, Suite No. 202 | Tulsa, Oklahoma 74103-3117 |
| Sapulpa, Oklahoma 74066 | Telephone (918) 591-5204 |
| Telephone: (918) 227-1177 | Facsimile (918) 925-5204 |
| Facsimile: (918) 227-1197 | kbrightmire@dsda.com |
| Email: carla@stinnettlaw.com | rbullard@dsda.com |
| Email: Andrew@stinnettlaw.com | ATTORNEYS FOR DEFENDANT |
| ATTORNEY FOR PLAINTIFF | M&M PRECISION COMPONENTS, LLC |

4441703.1